ACCEPTED
14-15-00560-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 2:57:53 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00560-CR

## IN THE COURT OF APPEALS
## FOR THE
## FOURTEENTH JUDICIAL DISTRICT OF TEXAS
## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 2:57:53 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **RUSSELL LEONARD** | § | **APPELLANT** |
| | § | |
| **V.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

## APPEAL FROM THE COUNTY CRIMINAL COURT AT LAW NO. 12
## HARRIS COUNTY, TEXAS
## TRIAL COURT CAUSE NO. 1949831

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

RUSSELL LEONARD, Appellant, pursuant to TEX. R. APP. P. 10.5(b), submits this motion to extend time to file brief. For good cause, Appellant shows:

**I.**

Appellant's brief is currently due on December 23, 2015. Appellant asks this Court to extend the deadline for filing this brief 30 days to January 22, 2016.

**II.**

Appellant's counsel is a solo practitioner who, in the last 30 days, has worked on the following appellate cause*: Strimban v. State*, 14-15-00251-CR, motion for rehearing due on December 23, 2015 in this Court. Counsel also prepared for and completed a jury trial in *State v. Kendell Kerns*, cause no. 2029710, in the County Criminal Court at Law No. 5, Harris County, Texas from December 15-16, 2015.

**III.**

This Court has previously granted Appellant one extension of time for filing his brief. This motion is not made for delay, but to see that justice is done.

Respectfully submitted,
*/s/ Matthew J. DeLuca*
Matthew J. DeLuca
State Bar No. 24069601
712 Main Street, Suite 2450
Houston, Texas 77002
Tel: (713) 429-4400
Fax: (713) 228-2366
matt@mattdelucalaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was served on the Harris County District Attorney's Office, by e-service.

*/s/ Matthew J. DeLuca*
Matthew J. DeLuca